UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:09-CR-52 |
| | ) | |
| SOMMER L. WRIGHT | ) | |

## O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 11, 2009. [Doc. 58]. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the Motion to Suppress Statement filed by Sommer L. Wright is **DENIED.** [Doc. 40]

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE